Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 07−11339−aih**

**In re:**
John Robert Clock
6103 Morningside Drive
Cleveland, OH 44129

**Social Security No.:**
xxx−xx−8495

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Craig H Shopneck is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 15, 2010　　　　　　　　　　　/s/ Arthur I. Harris
Form ohnb136　　　　　　　　　　　　　　　　　United States Bankruptcy Judge